# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2015

## NO. 03-15-00441-CV

**Youth Empowerment Services, Inc. d/b/a Higgs Carter King Gifted and Talented Charter Academy, Appellant**

**v.**

**Texas Education Agency, and Michael Williams, in his Official Capacity as the Commissioner of Education, Appellees**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on July 14, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.